UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ANTONIO LEE MIXON,<br><br>        Petitioner,<br>v.<br><br>BRIAN E. WILLIAMS,<br><br>        Respondent. | Case No. 2:17-cv-02292-RFB-NJK<br><br>ORDER |

On July 23, 2018, petitioner filed a motion for leave to file an amended habeas petition. ECF No. 31. Respondents have filed a response indicating that they do not oppose the motion. ECF No. 32. The court shall grant petitioner's motion. *See* Fed. R. Civ. P. 15(2).

IT IS THEREFORE ORDERED that petitioner's motion for leave to file an amended habeas petition (ECF No. 31) is GRANTED. Petitioner shall have 30 days from the date this order is entered to file an amended petition—using this court's form for pro se habeas litigants—that separately identifies each and all of his claims for relief.

IT IS FURTHER ORDERED that the Clerk of Court shall send petitioner a noncapital Section 2254 habeas petition form, one copy of the instructions for the form, and a copy of his initial habeas petition (ECF No. 10) and addendum (ECF No. 19).

IT IS FURTHER ORDERED that respondents shall have 60 days from the date the amended petition is filed to answer or otherwise respond to the petition.

IT IS FURTHER ORDERED that if respondents file an answer, petitioner shall have 60 days from the date on which the answer is served on him to file and serve a reply. If respondents file a motion to dismiss, petitioner shall have 60 days from the date on which the motion is served on him to file and serve a response to the motion to dismiss, and respondents shall, thereafter, have 30 days to file a reply in support of the motion.

IT IS FURTHER ORDERED that respondents' motion to dismiss (ECF No. 22) is DENIED without prejudice.

IT IS FURTHER ORDERED that all pending motions for extension of time (ECF Nos. 12, 17, 21, 26, and 28) are GRANTED *nunc pro tunc* as of their respective filing dates.

IT IS FURTHER ORDERED that petitioner's motion to correct (ECF No. 30) is DENIED as moot.

IT IS FURTHER ORDERED that petitioner's motion for bail (ECF No. 15) is DENIED.

DATED this 22nd day of August, 2018.

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE