UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

ANTONIO LEE MIXON,

        Petitioner,

v.

BRIAN E. WILLIAMS,

        Respondent.

Case No. 2:17-cv-02292-RFB-NJK

ORDER

    Pending before the court are (1) petitioner's motion for the court to reconsider its order of August 22, 2018, granting his motion to file an amended petition (ECF No. 34); (2) petitioner's motion for leave to file an amended petition (ECF No. 40); and (3) petitioner's motions requesting extensions of time (ECF No. 37/39).

    With is his motion for reconsideration, petitioner appears to be arguing this court should, without further delay, decide his case based on the pleadings and documents currently on file herein. If the court were to do so, it would likely deny relief based on the arguments contained respondents' motion to dismiss (ECF No. 22). Thus, for petitioner's benefit, the court will deny the motion.

    With respect to petitioner's motion for leave to file an amended petition, the court will deny the motion as moot inasmuch as the court has already granted petitioner such

leave (ECF No. 33). Petitioner's motions asking for additional time to file an amended petition are supported with a showing of good cause and will be granted.

IT IS THEREFORE ORDERED that petitioner's motion for reconsideration (ECF No. 34) is DENIED.

IT IS FURTHER ORDERED that petitioner's motion for leave to file an amended petition (ECF No. 40) is DENIED as moot. The Clerk of Court shall **file** the amended petition attached to the motion (ECF No. 40-1) as a separate docket entry.

IT IS FURTHER ORDERED that respondents shall have 60 days from the date of this order to answer or otherwise respond to the amended petition.

IT IS FURTHER ORDERED that if respondents file an answer, petitioner shall have 60 days from the date on which the answer is served on him to file and serve a reply. If respondents file a motion to dismiss, petitioner shall have 60 days from the date on which the motion is served on him to file and serve a response to the motion to dismiss, and respondents shall, thereafter, have 30 days to file a reply in support of the motion.

IT IS FURTHER ORDERED that petitioner's motions for extension of time (ECF Nos. 37/39) are GRANTED *nunc pro tunc* as of their respective filing dates.

DATED this 31st day of January, 2019.

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE