UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ANTONIO LEE MIXON,<br><br>   Petitioner,<br>v.<br><br>BRIAN E. WILLIAMS,<br><br>   Respondent. | Case No. 2:17-cv-02292-RFB-NJK<br><br>ORDER |

This habeas corpus action has been stayed since May 8, 2020, while the petitioner, Antonio Lee Mixon, exhausted claims in state court. ECF No. 56. On July 26, 2021, Mixon filed a motion to reopen. ECF No. 57. Respondents have not opposed the motion.

Good cause appearing, the court will grant Mixon's motion and reopen proceedings in this matter. In addition, the court will establish a schedule for further litigation of this action.

IT IS THEREFORE ORDERED that Petitioner's motion to reopen (ECF No. 57) is GRANTED. The stay of this action is lifted. The Clerk of Court is directed to **open** this case on the docket.

IT IS FURTHER ORDERED that the following schedule shall govern the further litigation of this action:

 1. **Response to Petition**. Respondents shall have **60 days** from the date of this order to file and serve an answer or other response to the Petitioner's amended petition for writ of habeas corpus (ECF No. 44).

2. **Reply**. Petitioner shall have **45 days** following service of an answer by respondents to file a reply.

3. **Briefing of Motion to Dismiss**. If respondents file a motion to dismiss, petitioner shall have **30 days** following service of the motion to file an opposition to the motion. Respondents shall thereafter have **30 days** following service of the opposition to the motion to file and serve a reply.

September 2, 2021.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE